MAE VAN TASSEL v. SERVICE ELECTRIC COMPANY.

May 17, 1977. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
HAAKEN I. ROMNES, DECEASED.

May 17, 1977. Petition for certification granted. (See 148 *N. J. Super.* 401)

ELBERON BATHING COMPANY, INC. v.
AMBASSADOR INSURANCE COMPANY, INC.

May 17, 1977. Petition for certification granted.

PHYLLIS M. CLARKE v. GEORGE A. CLARKE.

May 17, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR FITZPATRICK.

May 17, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH ZICARELLI.

May 17, 1977. Petition for certification denied.